| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |     RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) |
|   | DARREN J. ROBBINS (168593) |
| 3 | TRAVIS E. DOWNS III (148274) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | billl@lerachlaw.com |
| 6 | darrenr@lerachlaw.com |
|   | travisd@lerachlaw.com |
| 7 |         –and– |
|   | SHAWN A. WILLIAMS (213113) |
| 8 | MARIA V. MORRIS (223903) |
|   | MONIQUE C. WINKLER (213031) |
| 9 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 10 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 11 | swilliams@lerachlaw.com |
|   | mmorris@lerachlaw.com |
| 12 | mwinkler@lerachlaw.com |
| 13 | [Proposed] Lead Counsel for Plaintiffs |
| 14 | [Additional counsel appear on signature page.] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 8/17/06*

| | |
|---|---|
| ALASKA HOTEL & RESTAURANT EMPLOYEES PENSION TRUST FUND, Derivatively on Behalf of MARVELL TECHNOLOGY GROUP LTD., <br><br>                            Plaintiff, <br><br>     vs. <br><br> SEHAT SUTARDJA, et al., <br><br>                            Defendants, <br><br>     –and– <br><br> MARVELL TECHNOLOGY GROUP LTD., a Bermuda corporation, <br><br>                            Nominal Defendant. | No. C-06-03894-RMW(RS) <br><br> STIPULATION AND [] ORDER CONSOLIDATING CASES FOR ALL PURPOSES, APPOINTING LEAD PLAINTIFF, AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO |

[Caption continued on following page.]

| | |
|---|---|
| YEN SHEI, Derivatively on Behalf of Nominal Defendant Marvell Technology Group, Ltd.<br><br>              Plaintiff,<br><br>     vs.<br><br>SEHAT SUTARDJA, et al.<br><br>              Defendants,<br><br>     –and–<br><br>MARVELL TECHNOLOGY GROUP, LTD., a Bermuda corporation,<br><br>              Nominal Defendant. | Case No. C-06-04372-MHP |

1      WHEREAS, there are two related shareholder derivative actions on behalf of nominal
2  defendant Marvell Technology Group Ltd. ("Marvell") pending before this Court:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.* | C-06-03894-RMW(RS) | 06/22/06 |
| *Shei v. Sutardja, et al.* | C-06-04372-MHP | 07/17/06 |

WHEREAS, the two related Marvell shareholder derivative actions arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and, therefore, should be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

WHEREAS, defendants take no position as to the appointment of the Alaska Hotel & Restaurant Employees Pension Trust Fund as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLC as Lead Counsel; and

WHEREAS, plaintiffs and defendants, after meeting and conferring, agree that judicial economy will be served by setting a schedule for defendants' response to the complaint.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

I.    **CONSOLIDATION OF ACTIONS**

1.    The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.* | C-06-03894-RMW(RS) | 06/22/06 |
| *Shei v. Sutardja, et al.* | C-06-04372-MHP | 07/17/06 |

2.    The caption of these consolidated actions shall be "*In re Marvell Technology Group Ltd. Derivative Litigation*" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-03894-RMW(RS).  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3.  Every pleading filed in the consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION ) ) ) ) This Document Relates To: ) ) ) | Master File No. C-06-03894-RMW(RS) |

4.  When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in the caption described above (*e.g.*, "No. C-06-03894-RMW(RS), *Alaska Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.*").

5.  A Master Docket and a Master File hereby are established for the above consolidated proceedings and for all other related cases filed in or transferred to this Court. Separate dockets shall continue to be maintained for each of the individual actions hereby consolidated, and entries shall be made in the docket of each individual case in accordance with the regular procedures of the clerk of this Court, except as modified by this Order.

6.  When a pleading is filed and the caption shows that it is applicable to "All Actions," the clerk shall file such pleading in the Master File and note such filing on the Master Docket. No further copies need be filed, and no other docket entries need be made.

7.  When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket and the docket of each applicable action.

8. When a case which properly belongs as part of *In re Marvell Technology Group Ltd. Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to this Court, the clerk of this Court shall:

    (a) Place a copy of this Order in the separate file for such action;

    (b) Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred case a copy of this Order and direct that this Order be served upon or mailed to any new defendant(s) or their counsel in the newly-filed or transferred case; and

    (c) Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Marvell Technology Group Ltd. Derivative Litigation*.

## II. APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL

9. The Alaska Hotel & Restaurant Employees Pension Trust Fund shall be appointed Lead Plaintiff.

10. The law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLC shall be appointed Lead Counsel for plaintiffs in the consolidated Marvell shareholder derivative actions.[1]

11. Lead Counsel shall have authority to speak for plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion,

---

[1] Defendants take no position as to the appointment of the Alaska Hotel & Restaurant Employees Pension Trust Fund as Lead Plaintiff and Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Scott + Scott, LLC as Lead Counsel.

request for discovery or other pretrial proceedings shall be initiated or filed by plaintiffs except through Lead Counsel.

13. Lead Counsel also shall be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

14. Defendants' counsel may rely upon all agreements made with Lead Counsel, or other duly authorized representatives of plaintiffs, and such agreements shall be binding on plaintiffs.

**III.   SCHEDULE**

15. Plaintiffs shall no later than 75 days from the entry of this Order file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service shall be effected with respect to any defendant named in any of the consolidated actions by serving the Consolidated Complaint on that defendant or, with permission, that defendant's counsel.

16. Each defendant shall answer or otherwise respond to the Consolidated Complaint no later than 75 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 60 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 30 days after service of the opposition.

IT IS SO STIPULATED.

DATED:  August 4, 2006                                LERACH COUGHLIN STOIA GELLER
                                                                                  RUDMAN & ROBBINS LLP
                                                                               TRAVIS E. DOWNS III
                                                                               BENNY C. GOODMAN III
                                                                               THOMAS G. WILHELM

                                                                                    s/ Travis E. Downs III
                                                                               TRAVIS E. DOWNS III

```
                                            655 West Broadway, Suite 1900
                                            San Diego, CA 92101
                                            Telephone: 619/231-1058
                                            619/231-7423 (fax)

                                            LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            SHAWN A. WILLIAMS
                                            MARIA V. MORRIS
                                            MONIQUE C. WINKLER
                                            100 Pine Street, Suite 2600
                                            San Francisco, CA 94111
                                            Telephone: 415/288-4545
                                            415/288-4534 (fax)

                                            Attorneys for Plaintiff Alaska Hotel & Restaurant
                                            Employees Pension Trust Fund
```

I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Arthur L. Shingler III has concurred in this filing.

DATED: August 4, 2006                     SCOTT + SCOTT, LLC
                                          ARTHUR L. SHINGLER III


                                                    s/ Arthur L. Shingler III
                                                 ARTHUR L. SHINGLER III

                                          600 B Street, Suite 1500
                                          San Diego, CA 92101
                                          Telephone: 619/233-4565
                                          619/233-0508 (fax)

                                          Attorneys for Plaintiff Yen Shei

I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Walter J. Robinson has concurred in this filing.


DATED: August 4, 2006                     PILLSBURY WINTHROP SHAW
                                            PITTMAN LLP
                                          WALTER J. ROBINSON



                                                    s/ Walter J. Robinson
                                                 WALTER J. ROBINSON

2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: 650/233-4500
650/233-4545 (fax)
wrobinson@pillsburylaw.com

PILLSBURY WINTHROP SHAW
  PITTMAN LLP
BRUCE A. ERICSON
50 Fremont Street
San Francisco, CA 94105-7880
Telephone: 415/983-1000
415/983-1200 (fax)
bruce.ericson@pillsburylaw.com

Counsel (limited and special appearance) for Nominal Defendant Marvell Technology Group Ltd.

\*   \*   \*

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/17/06_____         /S/ RONALD M. WHYTE_____
                                 THE HONORABLE RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE

S:\CasesSD\Marvell Derivative\STP00032700-LP-2.doc

STIP AND [] ORDER CONSOLIDATING CASES
FOR ALL PURPOSES, ETC. – C-06-03894-RMW(RS)

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on August 4, 2006, declarant served the by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of August, 2006, at San Diego, California.

                                                            s/ Alison K. Sloan  
                                                            ALISON K. SLOAN

MARVELL DERIVATIVE

Service List - 8/4/2006    (06-0142)

Page 1 of 1

**Counsel For Defendant(s)**

Walter J. Robinson
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, CA  94304
   650/233-4500
   650/233-4545 (Fax)

Bruce A. Ericson
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228
   415/983-1000
   415/983-1200 (Fax)

**Counsel For Plaintiff(s)**

Travis E. Downs III
Benny C. Goodman III
Thomas G. Wilhelm
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Shawn A. Williams
Maria V. Morris
Monique C. Winkler
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)

Arthur L. Shingler III
Scott + Scott, LLC
600 B Street, Suite 1500
San Diego, CA  92101
   619/233-4565
   619/233-0508 (Fax)