LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
MARIA V. MORRIS (223903)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mmorris@lerachlaw.com
mwinkler@lerachlaw.com

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/21/06*

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION | Master File No. C-06-03894-RMW(RS) |
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1   WHEREAS, on August 17, 2006, the Court consolidated two cases filed in this action for all
2   purposes and ordered that a consolidated complaint be filed and served within 75 days (the
3   "Consolidation Order");

4   WHEREAS, a later filed case, *Marinelli v. Sutardja, et al.*, No. C-06-04708-SI, is subject to
5   the Consolidation Order;

6   WHEREAS, on August 28, 2006, the consolidated plaintiffs filed a motion seeking to
7   consolidate the *Marinelli* action pursuant to the August 17, 2006 Consolidation Order;

8   WHEREAS, plaintiffs' August 28, 2006 motion seeking to consolidate the *Marinelli* action
9   presently is scheduled for hearing on October 6, 2006 at 9:00 a.m.;

10  WHEREAS, a Case Management Conference was originally set in the first case filed, *Alaska
11  Hotel & Restaurant Employees Pension Trust Fund v. Sutardja, et al.*, No. C-06-3894-RMW, prior
12  to the consolidation, and is currently scheduled for September 22, 2006;

13  WHEREAS, nominal defendant Marvell Technology Group Ltd. reserves its position that no
14  initial disclosures pursuant to Rule 26 are proper at this time because discovery in this matter is
15  stayed pursuant to 15 U.S.C. §78u-4(b)(3)(B);

16  WHEREAS, plaintiffs reserve their position that the Private Securities Litigation Reform Act
17  of 1995, 15 U.S.C. §78u-4, does not apply to shareholder derivative actions and, thus, there is no
18  discovery stay pursuant to 15 U.S.C. §78u-4(b)(3)(B); and

19  WHEREAS, all parties agree that judicial economy will be served by continuing the Case
20  Management Conference until October 6, 2006.

21  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and nominal defendant
22  Marvel Technology Group Ltd., through their respective counsel of record, that the Case
23  Management Conference currently scheduled for September 22, 2006 shall be continued until
24  October 6, 2006 at 10:30 a.m.

25
26
27
28

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE - C-06-03894-RMW(RS)                                              - 1 -

1   IT IS SO STIPULATED.

2   DATED:  September 18, 2006

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
THOMAS G. WILHELM


             s/ TRAVIS E. DOWNS III
               TRAVIS E. DOWNS III

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

SCOTT + SCOTT, LLC
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

Co-Lead Counsel for Plaintiffs

I, Travis E. Downs III, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45, X.B., I hereby attest that Walter J. Robinson has concurred in this filing.

DATED:  September 18, 2006

PILLSBURY WINTHROP SHAW
   PITTMAN LLP
WALTER J. ROBINSON


             s/ WALTER J. ROBINSON
               WALTER J. ROBINSON

```
                                        2475 Hanover Street
                                        Palo Alto, CA 94304-1114
                                        Telephone:  650/233-4500
                                        650/233-4545 (fax)
                                        wrobinson@pillsburylaw.com

                                        PILLSBURY WINTHROP SHAW
                                         PITTMAN LLP
                                        BRUCE A. ERICSON
                                        50 Fremont Street
                                        San Francisco, CA  94105-7880
                                        Telephone:  415/983-1000
                                        415/983-1200 (fax)
                                        bruce.ericson@pillsburylaw.com

                                        Counsel (limited and special appearance) for
                                        Nominal Defendant Marvell Technology Group
                                        Ltd.
```

\*   \*   \*

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __9/21/06_____        __/S/ RONALD M. WHYTE_____
                                   THE HONORABLE RONALD M. WHYTE
                                   UNITED STATES DISTRICT JUDGE

S:\CasesSD\Marvell Derivative\STIP00034880-Cont.doc

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  s/ TRAVIS E. DOWNS III
TRAVIS E. DOWNS III

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: Travisd@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03894-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **David R. Scott**
  drscott@scott-scott.com

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Denise V. Zamore**
  dzamore@scott-scott.com cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`