| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|  |   RUDMAN & ROBBINS LLP |
| 2 | PATRICK J. COUGHLIN (111070) |
|  | DARREN J. ROBBINS (168593) |
| 3 | TRAVIS E. DOWNS (148274) |
|  | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA 94111 |
|  | Tel.: 619/231-1058-4545 |
| 5 | Fax: 619/231-7423 |
|  |       -and- |
| 6 | SHAWN A. WILLIAMS (213113) |
|  | MARIA V. MORROS (223903) |
| 7 | 100 Pine Street, Suite 2600 |
|  | San Francisco, CA 94111 |
| 8 | Tel.: 415/288-4545 |
|  | Fax: 415/288-4534 |
| 9 |  |
|  | SCOTT + SCOTT LLC |
| 10 | Arthur L. Shingler III (181719) |
|  | 600 B Street, Suite 1500 |
| 11 | San Diego, CA 92101 |
|  | Tel.: 619/233-4565 |
| 12 | Fax: 619/233-0508 |
|  |       -and- |
| 13 | David R. Scott |
|  | Denise V. Zamore |
| 14 | 108 Norwich Avenue |
|  | P.O. Box 192 |
| 15 | Colchester, CT 06415 |
|  | Tel.: 860/537-5537 |
| 16 | Fax: 860/-537-4432 |
| 17 | *Lead Counsel for Plaintiffs* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 10/17/06*

| | |
|---|---|
| In re Marvell Technology Group Ltd. Derivative Litigation | Master File No. C-06-03894-RMW (RS) |
| This Document Relates To: All Actions | **STIPULATION AND []** **ORDER CONSOLIDATING ACTIONS SUBJECT TO THE COURT'S AUGUST 17, 2006 CONSOLIDATION ORDER** |
| | **DATE:** **TIME:** **COURTROOM:** |

1    WHEREAS, on August 17, 2006, the Court consolidated two related cases, *Alaska Hotel &
2  Restaurant Employees Pension Trust Fund v. Sutardja, et al.* (C-06-03894-RMW(RS)) and *Shie v.
3  Sutardja et al.* (C-06-04372-MHP), for all purposes and ordered that a consolidated complaint be
4  filed and served within 75 days (the "Consolidation Order);

   WHEREAS, on August 28, 2006, plaintiffs in the consolidated action filed a motion seeking
5  to consolidate a later filed case, *Marinelli v. Sutardja, et al.*, Civ. No. 06-04078-SI (the
6  "Consolidation Motion");

7    WHEREAS, on September 18, 2006, Nominal Defendant Marvell Technology Group, Ltd.
8  Submitted to the Court a Statement of Non-Opposition requesting that the Court grant the
9  Consolidation Motion;

   WHEREAS, the Court has scheduled the Consolidation Motion for hearing on October 6,
10 2006; and

11   WHEREAS, plaintiff Joseph Marinelli does not oppose the consolidation of the *Marinelli*
12 action with the Consolidated Action.

13   THREFORE, IT IS STIPULATED AND AGREED by plaintiffs, through their respective
14 counsel of record, that *Marinelli v. Sutardja, et al.*, Civ. No. 06-04078-SI shall be consolidated with
15 the Consolidated Action subject to the Court's August 17, 2006 Order.

   IT IS SO STIPULATED.

DATED:  October 3, 2006

                                        _____/s/ Travis E. Downs_____
                                        LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        Patrick J. Coughlin (111070)
                                        Darren J. Robbins (168593)
                                        Travis E. Downs (148274)
                                        655 West Broadway, Suite 1900
                                        San Diego, CA 94111
                                        Tel.: 619/231-1058-4545
                                        Fax: 619/231-7423
                                                -and-
                                        Shawn A. Williams (213113)
                                        Maria V. Morros (223903)
                                        100 Pine Street, Suite 2600
                                        San Francisco, CA 94111
                                        Tel.: 415/288-4545
                                        Fax: 415/288-4534

```
                                    SCOTT + SCOTT LLC
                                    Arthur L. Shingler III (181719)
                                    600 B Street, Suite 1500
                                    San Diego, CA  92101
                                    Tel.: 619/233-4565
                                    Fax: 619/233-0508
                                            -and-
                                    David R. Scott
                                    Denise V. Zamore
                                    108 Norwich Avenue
                                    P.O. Box 192
                                    Colchester, CT 06415
                                    Tel.: 860/537-5537
                                    Fax.: 860/-537-4432
```

*Lead Counsel for Plaintiffs*

I, Arthur L. Shingler, III, and the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS SUBJECT TO THE COURT'S AUGUST 17, 2006 CONSOLIDATION ORDER.  In compliance with the General Order 45, X.B., I hereby attest that Green Welling LLP has concurred in this filing.

DATED: October 3, 2006

```
                                    GREEN WELLING LLP
                                    AVIN P. SHARMA
                                    ROBERT S. GREEN


                                       /s/ Avin P. Sharma
                                    AVIN P. SHARMA
                                    595 Market Street, Suite 2750
                                    San Francisco, CA 94105
                                    415-477-6700
                                    Fax: 415-477-6710
```

\* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: __10/17/06_____          _/s/ Ronald M. Whyte_____
                                 HONORABLE RONALD M. WHYTE
                                 UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2006, a copy of the foregoing Stipulation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties to *In re Marvell Technology Group, Ltd. Derivative Litigation* and *Marinelli v. Sutardja et al.* by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing. The parties may access this filing through the court's CM/ECF System.

　　　　/s/ Arthur L. Shingler III　　
　　　Arthur L. Shingler, III