| | |
|---|---|
| LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III (148274)<br>BENNY C. GOODMAN III (211302)<br>THOMAS G. WILHELM (234980)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@lerachlaw.com<br>bgoodman@lerachlaw.com<br>twilhelm@lerachlaw.com<br>     – and –<br>SHAWN A. WILLIAMS (213113)<br>MONIQUE C. WINKLER (213031)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>swilliams@lerachlaw.com<br>mwinkler@lerachlaw.com | SCOTT + SCOTT LLC<br>ARTHUR L. SHINGLER III (181719)<br>600 B Street, Suite 1500<br>San Diego, CA  92101<br>Telephone:  619/233-4565<br>619/233-0508 (fax)<br>ashingler@scott-scott.com |

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

(E-FILED 3/22/07*

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Master File No. C-06-03894-RMW(RS)<br>)<br>) STIPULATION AND [] ORDER<br>) CONTINUING THE BRIEFING SCHEDULE<br>) AND HEARING ON MARVELL<br>) TECHNOLOGY GROUP LTD.'S MOTION<br>) TO DISMISS AND SETTING SCHEDULE<br>) FOR THE INDIVIDUAL DEFENDANTS'<br>) RESPONSE TO THE CONSOLIDATED<br>) COMPLAINT |

1         WHEREAS on February 12, 2007, the following related case was filed: *Ronconi v. Sutardja, et al.*, No. C-07-0892-BZ (the "*Ronconi* Action");

2         WHEREAS pursuant to paragraph I.2 of the Order Consolidating Cases for All Purposes, Appointing Lead Plaintiff, and Setting Schedule for Filing of Consolidated Complaint and Responses Thereto entered on August 17, 2006 (the "Consolidation Order") and Federal Rule of Civil Procedure 42(a), the *Ronconi* Action should be consolidated with *In re Marvell Technology Group Ltd. Derivative Litigation* because the *Ronconi* Action arises out of the same transactions and occurrences and involves the same or substantially similar issues of law and fact as alleged in *In re Marvell Technology Group Ltd. Derivative Litigation*;

          WHEREAS on February 22, 2007, Lead Plaintiff and nominal defendant Marvell Technology Group Ltd. ("Marvell") filed separate notices with the Court regarding the consolidation of the *Ronconi* Action, and the plaintiff in the *Ronconi* Action filed a notice in that case stating that he intends to oppose consolidation;

          WHEREAS Lead Plaintiff and counsel for Marvell have met and will continue to meet to discuss this lawsuit and how it should proceed in the most efficient manner;

          WHEREAS pursuant to the Consolidation Order, plaintiffs opposition to the Motion of Nominal Defendant Marvell Technology Group Ltd. To Dismiss Consolidated Derivative Complaint for Lack of Standing or, in the Alternative, to Stay Proceedings ("Motion to Dismiss") must be filed no later than March 19, 2007 and Marvell's reply thereto must be filed within 30 days thereafter, and the hearing on the Motion to Dismiss is currently scheduled for April 27, 2007 at 9:00 a.m.;

          WHEREAS the Lead Plaintiff and Marvell agree that it will promote judicial efficiency to continue the date for plaintiffs' opposition to the Motion to Dismiss, Marvell's reply and the hearing on the Motion to Dismiss pending the consolidation of the *Ronconi* Action;

          WHEREAS if the Court were to grant Marvell's Motion to Dismiss, it would eliminate the need for the defendants other than Marvell (collectively, the "Individual Defendants") to answer, move or otherwise respond to the Consolidated Complaint; and

1    WHEREAS the Lead Plaintiff and Marvell agree that it will promote judicial efficiency to continue the date for the Individual Defendants to answer, move or otherwise respond to the Consolidated Complaint until after Marvell's Motion to Dismiss is decided.

   THEREFORE IT IS STIPULATED AND AGREED that:

   1.   Lead Plaintiff shall file and serve its opposition to the Motion to Dismiss no later than May 18, 2007;

   2.   Marvell shall file and serve its reply brief within 30 days after the filing and service of Lead Plaintiff's opposition;

   3.   The hearing on the Motion to Dismiss currently scheduled for April 27, 2007 at 9:00 a.m. shall be taken off calendar and rescheduled for July 13, 2007 at 9:00 a.m. or at another date convenient for the Court;

   4.   The Individual Defendants shall not be required to answer, move or otherwise respond to the Consolidated Complaint unless the Court denies the Motion to Dismiss; and

   5.   If the Court denies the Motion to Dismiss, each of the Individual Defendants shall answer, move or otherwise respond to the Consolidated Complaint no later than 45 days after the issuance of the Court's order denying the Motion to Dismiss or 45 days after each of the Individual Defendants is served, whichever is later.

DATED:  March 14, 2007                    LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                          SHAWN A. WILLIAMS
                                          MONIQUE C. WINKLER


                                               s/ Monique C. Winkler
                                              MONIQUE C. WINKLER

                                          100 Pine Street, Suite 2600
                                          San Francisco, CA  94111
                                          Telephone:  415/288-4545
                                          415/288-4534 (fax)

                                          LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
                                          TRAVIS E. DOWNS III
                                          BENNY C. GOODMAN III
                                          THOMAS G. WILHELM

|   |   |
|---|---|
| 1 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 2 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 3 |   |
|   | Co-Lead Counsel for Plaintiffs |

   I, Monique C. Winkler, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Arthur L. Shingler III has concurred in this filing.

DATED:  March 14, 2007                              SCOTT + SCOTT, LLC
                                                                       ARTHUR L. SHINGLER III


                                                                               s/ Arthur L. Shingler III
                                                                              ARTHUR L. SHINGLER III

                                                                       600 B Street, Suite 1500
                                                                       San Diego, CA  92101
                                                                       Telephone:  619/233-4565
                                                                       619/233-0508 (fax)

                                                                       Co-Lead Counsel for Plaintiffs

   I, Monique C. Winkler, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Walter J. Robinson has concurred in this filing.

DATED:  March 14, 2007                              PILLSBURY WINTHROP SHAW
                                                                         PITTMAN LLP
                                                                       WALTER J. ROBINSON


                                                                               s/ Walter J. Robinson
                                                                              WALTER J. ROBINSON

                                                                       2475 Hanover Street
                                                                       Palo Alto, CA 94304-1114
                                                                       Telephone:  650/233-4500
                                                                       650/233-4545 (fax)
                                                                       wrobinson@pillsburylaw.com

                                                                       PILLSBURY WINTHROP SHAW
                                                                         PITTMAN LLP
                                                                       BRUCE A. ERICSON
                                                                       50 Fremont Street
                                                                       San Francisco, CA  94105-7880
                                                                       Telephone:  415/983-1000
                                                                       415/983-1200 (fax)
                                                                       bruce.ericson@pillsburylaw.com

STIP  AND [] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON
MARVELL TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)          - 3 -

Counsel for Nominal Defendant Marvell Technology Group Ltd.

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/22/07

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Marvell\STP00039940.doc

STIP AND [] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON
MARVELL TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)         - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 14, 2007.

s/ Monique C. Winkler
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:MoniqueC@lerachlaw.com

# Mailing Information for a Case 5:06-cv-03894-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **William B. Federman**
  wfederman@aol.com law@federmanlaw.com;ngb@federmanlaw.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Andrew D. Lanphere**
  alanphere@pillsburywinthrop.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com aslaughter@scott-scott.com

- **Darren J. Robbins**

- **David R. Scott**
  drscott@scott-scott.com

- **Edmund Wilson Searby**
  esearby@mcdonaldhopkins.com

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

- **Denise V. Zamore**
  dzamore@scott-scott.com cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`