1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   WALTER J. ROBINSON  #40632
2  LAWRENCE L. HOENIG # 68337
   2475 Hanover Street
3  Palo Alto, California  94304
   Telephone: (650) 233-4500
4  Facsimile: (650) 233-4545
   Email: walter.robinson@pillsburylaw.com
5         lhoenig@pillsburylaw.com

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
7  ANDREW D. LANPHERE  #191479
   C.J. MARTIN  #228630
8  50 Fremont Street
   Post Office Box 7880
9  San Francisco, CA  94120-7880
   Telephone: (415) 983-1000
10 Facsimile: (415) 983-1200
   Email: bruce.ericson@pillsburylaw.com
11        andrew.lanphere@pillsburylaw.com
          cj.martin@pillsburylaw.com
12

   Attorneys for Nominal Defendant
13 MARVELL TECHNOLOGY GROUP, LTD.

14                   UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA     *E-FILED - 4/25/07*

16                      SAN JOSE DIVISION

17                                          Master File No. C-06-03894-RMW(RS)

18 In re MARVELL TECHNOLOGY GROUP        STIPULATION AND []
   LTD. DERIVATIVE LITIGATION            ORDER REGARDING CASE
19                                        MANAGEMENT CONFERENCE

20                                        Old CMC Date:    April 27, 2007
                                          New CMC Date:    July 13, 2007
21
   This Document Relates To:  All Actions
22

23

24

25

26

27

28

1          **RECITALS**

2          WHEREAS, at the initial Case Management Conference in this action on October 6,

3   2006, the Court ordered [Dkt. 16] that motions to dismiss would be heard at 9:00 a.m. on

4   April 27, 2007 and that a further Case Management Conference would take place at

5   10:30 a.m. on April 27, 2007;

6          WHEREAS, on January 16, 2007, nominal defendant Marvell Technology Group,

7   Ltd. ("Marvell") filed a motion [Dkt. 31] to dismiss for lack of standing plaintiffs'

8   consolidated derivative complaint [Dkt. 27] or, in the alternative, to stay proceedings, and

9   scheduled the motion for hearing on April 27, 2007 in accordance with the Court's order;

10          WHEREAS, on March 22, 2007, pursuant to a stipulation of the parties, the Court

11   ordered [Dkt. 43] that the hearing on Marvell's motion to dismiss would be continued to

12   July 13, 2007 at 9:00 a.m., so that the Court could first decide whether a later-filed

13   derivative action will be consolidated with this action;

14          WHEREAS, the undersigned counsel agree that the interests of justice and judicial

15   economy would be served by an order continuing the date for the further Case Management

16   Conference to July 13, 2007, so that it may be held on the same date as Marvell's motion to

17   dismiss.

18          **STIPULATION**

19          NOW THEREFORE, the undersigned parties hereby stipulate that, subject to the

20   Court's approval, the further Case Management Conference currently scheduled for 10:30

21   a.m. on April 27, 2007 shall be continued to 10:30 a.m. on July 13, 2007.

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Dated:  April 12, 2007 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |

Dated:  April 12, 2007

LERACH COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
WILLIAM S. LERACH
DARREN J. ROBBINS
TRAVIS E. DOWNS III
655 West Broadway, Suite 1900
San Diego, CA 92101

LERACH COUGHLIN STOIA GELLER RUDMAN &
    ROBBINS LLP
SHAWN A. WILLIAMS
MARIA V. MORRIS
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111

By   [Concurrence obtained per Gen. Order 45]
                Monique C. Winkler

Attorneys for Plaintiffs

I, Andrew Lanphere, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that plaintiffs' counsel Monique C. Winkler has concurred in this filing.

Dated:  April 12, 2007

PILLSBURY WINTHROP SHAW PITTMAN LLP
WALTER J. ROBINSON
2475 Hanover Street
Palo Alto, California  94304

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
ANDREW D. LANPHERE
C.J. MARTIN
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

By /s/ Andrew D. Lanphere
              Andrew D. Lanphere

Attorneys for Defendant
MARVELL TECHNOLOGY GROUP, LTD

1

## [] ORDER

2       Pursuant to the foregoing stipulation, and good cause appearing,

3       IT IS HEREBY ORDERED that the Case Management Conference currently

4 scheduled for April 27, 2007 shall be continued to 10:30 a.m. on July 13, 2007.

5       Dated:  April 25, 2007.

6

7                 *Ronald M. Whyte*
              _____

8               Hon. Ronald M. Whyte
              United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28