LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
THOMAS G. WILHELM (234980)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bgoodman@lerachlaw.com
twilhelm@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@lerachlaw.com
mwinkler@lerachlaw.com

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION        *E-FILED - 6/6/07*

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION | ) Master File No.C-06-03894-RMW(RS) ) ) STIPULATION AND [] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING ON MARVELL TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS |
| This Document Relates To: | |
| ALL ACTIONS. | |

1  WHEREAS, lead plaintiff's opposition to the Motion of Nominal Defendant Marvell Technology Group Ltd. To Dismiss Consolidated Derivative Complaint for Lack of Standing or, in the Alternative, to Stay Proceedings ("Motion to Dismiss") must be filed no later than May 18, 2007 and Marvell Technology Group Ltd.'s ("Marvell") reply thereto must be filed within 30 days thereafter, and the hearing on the Motion to Dismiss is currently scheduled for July 13, 2007 at 9:00 a.m.;

WHEREAS, lead plaintiff and Marvell are discussing the potential resolution of this action and accordingly are currently working together to select a date for a possible mediation; and

WHEREAS, the lead plaintiff and Marvell agree that it will promote judicial efficiency to continue the date for lead plaintiff's opposition to the Motion to Dismiss, Marvell's reply and the hearing on the Motion to Dismiss pending the mediation of this action;

THEREFORE IT IS STIPULATED AND AGREED that:

1.  Lead plaintiff shall file and serve its opposition to the Motion to Dismiss no later than August 31, 2007;

2.  Marvell shall file and serve its reply brief within 45 days after the filing and service of lead plaintiff's opposition; and

3.  The hearing on the Motion to Dismiss currently scheduled for July 13, 2007 at 9:00 a.m. shall be taken off calendar and rescheduled for November 2, 2007 at 9:00 a.m. or at another date convenient for the Court.

DATED: May 14, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER

/s/
MONIQUE C. WINKLER

STIPULATION AND [] ORDER RE MARVELL TECHNOLOGY GROUP
LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)                                           - 1 -

| | |
|---|---|
| 1 | 100 Pine Street, Suite 2600 |
| 2 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 3 | 415/288-4534 (fax) |
| 4 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 5 | TRAVIS E. DOWNS III |
|   | BENNY C. GOODMAN III |
| 6 | THOMAS G. WILHELM |
| 7 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 8 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 9 | |
|   | Co-Lead Counsel for Plaintiffs |
| 10 | |

11   I, Monique C. Winkler, am the ECF User whose ID and password are being used to file
12 this STIPULATION AND [PROPOSED] ORDER CONTINUING THE BRIEFING
13 SCHEDULE AND HEARING ON MARVELL TECHNOLOGY GROUP LTD.'S MOTION
14 TO DISMISS.  In compliance with General Order 45, X.B., I hereby attest that Arthur L.
15 Shingler III and Bruce A. Ericson have concurred in this filing.

16
17                                                                              /s/
                                                               MONIQUE C. WINKLER
18
19 DATED:  May 14, 2007                         SCOTT + SCOTT, LLC
                                                              ARTHUR L. SHINGLER III
20
21
                                                                              /s/
22                                                             ARTHUR L. SHINGLER III

23                                                             600 B Street, Suite 1500
                                                              San Diego, CA  92101
24                                                             Telephone:  619/233-4565
                                                              619/233-0508 (fax)
25
26                                                             Co-Lead Counsel for Plaintiffs

27

28

STIPULATION AND [] ORDER RE MARVELL TECHNOLOGY GROUP
LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)                                                              - 2 -

| | | |
|---|---|---|
| 1 | DATED:  May 14, 2007 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | | BRUCE A. ERICSON |

/s/
BRUCE A. ERICSON

50 Fremont Street
San Francisco, CA  94105-7880
Telephone:  415/983-1000
415/983-1200 (fax)
bruce.ericson@pillsburylaw.com

PILLSBURY WINTHROP SHAW
  PITTMAN LLP
WALTER J. ROBINSON
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone:  650/233-4500
650/233-4545 (fax)
wrobinson@pillsburylaw.com

Counsel for Nominal Defendant Marvell Technology Group, Ltd.

\*     \*     \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  6/6/07          /s/ Ronald M. Whyte
                        THE HONORABLE RONALD M. WHYTE
                        UNITED STATES DISTRICT JUDGE

T:\CasesSF\Marvell\STP00041715.doc

STIPULATION AND [] ORDER RE MARVELL TECHNOLOGY GROUP
LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)                                - 3 -