| | |
|---|---|
| 1 | STEVEN M. SCHATZ, State Bar No. 118356 |
|   | BORIS FELDMAN, State Bar No. 128838 |
| 2 | RODNEY G. STRICKLAND, JR., State Bar No. 161934 |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
|   | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
|   | Email: sschatz@wsgr.com |
| 6 | Email: boris.feldman@wsgr,com |
|   | Email: rstrickland@wsgr.com |
| 7 | |
|   | Attorneys for Nominal Defendant |
| 8 | MARVELL TECHNOLOGY GROUP, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

***E-FILED - 6/28/07***

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. DERIVATIVE LITIGATION | Master File No. C-06-03894-RMW(RS) |
| | **APPLICATION FOR SUBSTITUTION OF COUNSEL AND [] ORDER** |
| This Document Relates to: | |
| ALL ACTIONS. | |

Effective immediately Nominal Defendant MARVELL TECHNOLOGY GROUP, LTD. hereby designates the law firm of WILSON SONSINI GOODRICH & ROSATI, 650 Page Mill Road, Palo Alto, California, telephone number (650) 493-9300, as its attorneys of record in lieu and in place of the law firm of PILLSBURY WINTHROP SHAW PITTMAN LLP, 2475 Hanover St., Palo Alto, California, telephone number (650) 223-4500, and hereby makes this application to the Court to approve this substitution of counsel.

THE UNDERSIGNED CONSENT TO THE ABOVE SUBSTITUTION OF COUNSEL:

Dated:  June 6, 2007                          /s/ Janine Bloch
                                                      Janine Bloch

                                              Senior Commercial Litigation Managing Attorney
                                              Marvell Technology Group, Ltd.


Dated:  June 6, 2007              PILLSBURY WINTHROP SHAW PITTMAN LLP

                                  By:     /s/ Bruce A. Ericson
                                                Bruce A. Ericson


SUBSTITUTION ACCEPTED:

Dated:  June 6, 2007              WILSON SONSINI GOODRICH & ROSATI
                                  Professional Corporation

                                  By:    /s/ Rodney G. Strickland, Jr.
                                              Rodney G. Strickland, Jr.

**ORDER**

        IT IS SO ORDERED.

Dated:  June  28, 2007


                                            *Ronald M. Whyte*
                                          The Honorable Ronald M. Whyte
                                          UNITED STATES DISTRICT JUDGE

APPLICATION FOR SUBSTITUTION OF         - 2 -                                3127943_1.DOC
COUNSEL AND [] ORDER
MASTER FILE NO. C-06-03894-RMW(RS)

1 **SIGNATURE ATTESTATION**

2   Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of
3 perjury that concurrence in the filing of this document has been obtained from Janine Bloch and
4 Bruce Ericson.

5

6 Dated:  June 7, 2007                           WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
7

8
                                                 By: /s/ Rodney G. Strickland, Jr.
9                                                       Rodney G. Stickland, Jr.

10                                               Attorneys for Nominal Defendant
                                                 Marvell Technology Group, Ltd.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR SUBSTITUTION OF               - 3 -                              3127943_1.DOC
COUNSEL AND [] ORDER
MASTER FILE NO. C-06-03894-RMW(RS)