```
 1  STEVEN M. SCHATZ, State Bar No. 118356
    BORIS FELDMAN, State Bar No. 128838
 2  RODNEY G. STRICKLAND, JR., State Bar No. 161934
    WILSON SONSINI GOODRICH & ROSATI
 3  Professional Corporation
    650 Page Mill Road
 4  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
 5  Facsimile: (650) 565-5100
    Email: sschatz@wsgr.com
 6  Email: boris.feldman@wsgr,com
    Email: rstrickland@wsgr.com
 7
    Attorneys for Nominal Defendant
 8  MARVELL TECHNOLOGY GROUP, LTD.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION                *E-FILED - 7/5/07*

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. DERIVATIVE LITIGATION | Master File No. C-06-03894-RMW(RS) |
| | **STIPULATION AND [xxxxxxxxxxxxxx] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| This Document Relates to: | |
| ALL ACTIONS. | Current CMC Date: July 13, 2007<br>Proposed CMC Date: November 2, 2007 |

STIPULATION AND [xxxxxxxxxx] ORDER RE
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03894-RMW(RS)

## RECITALS

WHEREAS, on April 25, 2007, pursuant to a stipulation of the parties, the Court ordered the Case Management Conference in this action to be set for July 13, 2007 at 10:30 a.m., so that it could be held on the same date as the hearing on Marvell's pending motion to dismiss;

WHEREAS, on June 6, 2007, pursuant to a stipulation of the parties, the Court continued the hearing on Marvell's motion to dismiss to November 2, 2007, so that the parties would be afforded time to consider mediation and potential resolution of this action; and

WHEREAS, the undersigned counsel agree that the interests of justice and judicial economy would be served by an order continuing the date for the Case Management Conference to November 2, 2007, so that it may be held on the same date as the hearing on Marvell's motion to dismiss.

## STIPULATION

NOW THEREFORE, the undersigned parties hereby stipulate that, subject to the Court's approval, the Case Management Conference currently scheduled for 10:30 a.m. on July 13, 2007 shall be continued to 10:30 a.m. on November 2, 2007.

Dated: June 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Rodney G. Strickland, Jr.
           Rodney G. Strickland, Jr.

Attorneys for Nominal Defendant
MARVELL TECHNOLOGY GROUP, LTD.

Dated: June 27, 2007

LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP

By:   /s/ Monique C. Winkler
           Monique C. Winkler

Attorneys for Plaintiffs

STIPULATION AND xxxxxxxxxxxx ORDER RE          - 2 -
CASE MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03894-RMW(RS)

|   |   |
|---|---|
| 1 | [xxxxxxxxxxxxxx] **ORDER** |
| 2 | Pursuant to the foregoing stipulation, and good cause appearing, |
| 3 | IT IS HEREBY ORDERED that the Case Management Conference currently scheduled |
| 4 | for July 13, 2007 shall be continued to 10:30 a.m. on November 2, 2007. |

Dated: 7/5/07

*/s/ Ronald M. Whyte*
The Hon. Ronald M. Whyte
United States District Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

Dated: June 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Rodney G. Strickland, Jr.
      Rodney G. Stickland, Jr.

Attorneys for Nominal Defendant
Marvell Technology Group, Ltd.