1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   BENNY C. GOODMAN III (211302)
3  655 West Broadway, Suite 1900
   San Diego, CA  92101
4  Telephone:  619/231-1058
   619/231-7423 (fax)
5  travisd@lerachlaw.com
   bgoodman@lerachlaw.com
6        – and –
   SHAWN A. WILLIAMS (213113)
7  MONIQUE C. WINKLER (213031)          SCOTT + SCOTT LLC
   100 Pine Street, Suite 2600          ARTHUR L. SHINGLER III (181719)
8  San Francisco, CA  94111             600 B Street, Suite 1500
   Telephone:  415/288-4545             San Diego, CA  92101
9  415/288-4534 (fax)                   Telephone:  619/233-4565
   swilliams@lerachlaw.com              619/233-0508 (fax)
10 mwinkler@lerachlaw.com               ashingler@scott-scott.com

11 Co-Lead Counsel for Plaintiffs                   ***E-FILED - 9/12/07***

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14                                SAN JOSE DIVISION

15 | In re MARVELL TECHNOLOGY GROUP ) | Master File No. C-06-03894-RMW(RS)
   | LTD. DERIVATIVE LITIGATION      ) |
16 |                                 ) | STIPULATION AND [] ORDER
   |                                 ) | CONTINUING BRIEFING SCHEDULE
17 | This Document Relates To:       ) | AND HEARING ON MARVELL
   |                                 ) | TECHNOLOGY GROUP LTD.'S MOTION
18 |     ALL ACTIONS.                ) | TO DISMISS
   |                                 ) |

WHEREAS, lead plaintiff's opposition to the Motion of Nominal Defendant Marvell Technology Group Ltd. to Dismiss Consolidated Derivative Complaint for Lack of Standing or, in the Alternative, to Stay Proceedings ("Motion to Dismiss") must be filed no later than August 31, 2007, and Marvell Technology Group Ltd.'s ("Marvell") reply thereto must be filed within 45 days thereafter, and the hearing on the Motion to Dismiss is currently scheduled for November 2, 2007, at 9:00 a.m.;

WHEREAS, lead plaintiff and Marvell are discussing the potential resolution of this action and have a mediation scheduled for November 13, 2007; and

WHEREAS, lead plaintiff and Marvell agree that it will promote judicial efficiency to continue the dates for lead plaintiff's opposition to the Motion to Dismiss, Marvell's reply and the hearing on the Motion to Dismiss pending the mediation of this action;

THEREFORE IT IS STIPULATED AND AGREED that:

1. Lead plaintiff shall file and serve its opposition to the Motion to Dismiss no later than December 14, 2007;

2. Marvell shall file and serve its reply brief within 45 days after the filing and service of lead plaintiff's opposition; and

3. The hearing on the Motion to Dismiss currently scheduled for November 2, 2007, at 9:00 a.m., shall be taken off calendar and rescheduled for February 22, 2008, at 9:00 a.m., or at another date convenient for the Court.

DATED: August 28, 2007						LERACH COUGHLIN STOIA GELLER
									  RUDMAN & ROBBINS LLP
									SHAWN A. WILLIAMS
									MONIQUE C. WINKLER

									    /s/
									MONIQUE C. WINKLER

									100 Pine Street, Suite 2600
									San Francisco, CA  94111
									Telephone:  415/288-4545
									415/288-4534 (fax)

STIP AND [] ORDER CONTINUING BRIEF. SCHED. AND HEARING ON MARVELL
TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)                - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | LERACH COUGHLIN STOIA GELLER  RUDMAN & ROBBINS LLP |
| 3 | TRAVIS E. DOWNS III  BENNY C. GOODMAN III |
| 4 | 655 West Broadway, Suite 1900  San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058  619/231-7423 (fax) |
| 6 | SCOTT + SCOTT LLC |
| 7 | ARTHUR L. SHINGLER III  600 B Street, Suite 1500 |
| 8 | San Diego, CA  92101  Telephone:  619/233-4565  619/233-0508 (fax) |
| 9 |   |
| 10 | Co-Lead Counsel for Plaintiffs |

    I, Monique C. Winkler, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland, Jr. has concurred in this filing.

DATED:  August 28, 2007           WILSON SONSINI GOODRICH & ROSATI
                                  RODNEY G. STRICKLAND, JR.

                                            /s/
                                  RODNEY G. STRICKLAND, JR.

                                  650 Page Mill Road
                                  Palo Alto, CA 94304-1050
                                  Telephone: 650-493-9300
                                  650-493-6811 (fax)

                                  Counsel for Defendants

                        *       *       *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  9/12/07                   *Ronald M. Whyte*
                                  THE HONORABLE RONALD M. WHYTE
                                  UNITED STATES DISTRICT JUDGE

T:\casesSF\marvell\STP00044812.doc

STIP AND ] ORDER CONTINUING BRIEF. SCHED. AND HEARING ON MARVELL
TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)                - 2 -

# Mailing Information for a Case 5:06-cv-03894-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **William B. Federman**
  wfederman@aol.com law@federmanlaw.com;ngb@federmanlaw.com

- **Donald P. Gagliardi**
  dgagliardi@be-law.com gsimmons@be-law.com

- **Robert S. Green**
  RSG@CLASSCOUNSEL.COM CAND.USCOURTS@CLASSCOUNSEL.COM

- **Richard D. Greenfield**
  whitehatrdg@earthlink.net rdgsec1@earthlink.net

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Andrew Dale Lanphere**
  alanphere@pillsburywinthrop.com

- **Bruce W. Leppla**
  bleppla@lchb.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com aslaughter@scott-scott.com

- **Darren J. Robbins**

- **David R. Scott**
  drscott@scott-scott.com

- **Edmund Wilson Searby**
  esearby@mcdonaldhopkins.com

- **Avin P. Sharma**
  aps@classcounsel.com CAND.USCOURTS@CLASSCOUNSEL.COM

- **Arthur L. Shingler, III**
  ashingler@scott-scott.com ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

- **Denise V. Zamore**
  dzamore@scott-scott.com cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`