| | |
|---|---|
| COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III (148274)<br>BENNY C. GOODMAN III (211302)<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>travisd@csgrr.com<br>bgoodman@csgrr.com<br>    – and –<br>SHAWN A. WILLIAMS (213113)<br>MONIQUE C. WINKLER (213031)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>swilliams@csgrr.com<br>mwinkler@csgrr.com | ***E-FILED - 10/18/07***<br><br><br><br>SCOTT + SCOTT LLC<br>ARTHUR L. SHINGLER III (181719)<br>600 B Street, Suite 1500<br>San Diego, CA  92101<br>Telephone:  619/233-4565<br>619/233-0508 (fax)<br>ashingler@scott-scott.com |

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-06-03894-RMW(RS)<br><br>STIPULATION AND [] ORDER SELECTING PRIVATE MEDIATION AND REMOVING PARTIES FROM COURT SPONSORED MEDIATION PROCESS |

1  WHEREAS, lead plaintiff and Marvell Technology Group Ltd. ("Marvell") have agreed to
2 participate in private mediation and have scheduled a private mediation; and
3  WHEREAS, because lead plaintiff and Marvell have scheduled a private mediation, lead
4 plaintiff and Marvell have agreed to seek removal from the Court sponsored mediation process.
5  THEREFORE IT IS STIPULATED AND AGREED that:
6  1.  Lead plaintiff and Marvell have selected private mediation and therefore this case will
7 be removed from the Court sponsored mediation process.

8 DATED: October 11, 2007                COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
9                                         SHAWN A. WILLIAMS
                                          MONIQUE C. WINKLER
10
                                                      /s/
11                                         ─────────────────────────
                                           MONIQUE C. WINKLER
12
                                          100 Pine Street, Suite 2600
                                          San Francisco, CA 94111
13                                        Telephone: 415/288-4545
                                          415/288-4534 (fax)
14
                                          COUGHLIN STOIA GELLER
15                                          RUDMAN & ROBBINS LLP
                                          TRAVIS E. DOWNS III
16                                        BENNY C. GOODMAN III
                                          655 West Broadway, Suite 1900
17                                        San Diego, CA 92101
                                          Telephone: 619/231-1058
18                                        619/231-7423 (fax)

19                                        SCOTT + SCOTT LLC
                                          ARTHUR L. SHINGLER III
20                                        600 B Street, Suite 1500
                                          San Diego, CA 92101
21                                        Telephone: 619/233-4565
                                          619/233-0508 (fax)
22
                                          Co-Lead Counsel for Plaintiffs
23
24
25
26
27
28

STIPULATION AND [] ORDER SELECTING PRIVATE MEDIATION AND REMOVING
PARTIES FROM COURT SPONSORED MEDIATION PROCESS - C-06-03894-RMW(RS)        - 1 -

| | |
|---|---|
| DATED:  October 11, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>RODNEY G. STRICKLAND, JR.<br><br>_____/s/_____<br>RODNEY G. STRICKLAND, JR.<br><br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650-493-9300<br>650-493-6811 (fax)<br><br>Counsel for Defendants |

I, Monique C. Winkler, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland, Jr. has concurred in this filing.

_____/s/_____
MONIQUE C. WINKLER

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __10/18/07_____    *Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Marvell\STP00046228.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 11, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: MoniqueW@csgrr.com

# Mailing Information for a Case 5:06-cv-03894-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **William B. Federman**
  wfederman@aol.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com,ncarvalho@wsgr.com

- **Donald P. Gagliardi**
  dgagliardi@be-law.com,gsimmons@be-law.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Richard D. Greenfield**
  whitehatrdg@earthlink.net,rdgsec1@earthlink.net

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Bruce W. Leppla**
  bleppla@lchb.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,aslaughter@scott-scott.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Edmund Wilson Searby**
  esearby@mcdonaldhopkins.com

- **Avin P. Sharma**

CAND.USCOURTS@CLASSCOUNSEL.COM

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```