1  STEVEN M. SCHATZ, State Bar No. 118356
   BORIS FELDMAN, State Bar No. 128838
2  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: sschatz@wsgr.com
6  Email: boris.feldman@wsgr.com
   Email: rstrickland@wsgr.com
7
   Attorneys for Nominal Defendant
8  MARVELL TECHNOLOGY GROUP, LTD.

*E-FILED - 11/1/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. DERIVATIVE LITIGATION | Master File No. C-06-03894-RMW(RS) |
| | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| This Document Relates to: | |
| ALL ACTIONS. | Current CMC Date: November 2, 2007 |
| | Proposed CMC Date: February 22, 2008 |

STIPULATION AND [PROPOSED] ORDER RE CASE
MANAGEMENT CONFERENCE
MASTER FILE NO. C-06-03894-RMW(RS)

## RECITALS

WHEREAS, on July 5, 2007, pursuant to a stipulation of the parties, the Court ordered the Case Management Conference ("CMC") in this action to be set for November 2, 2007 at 10:30 a.m., so that it could be held on the same date as the hearing on Marvell's pending motion to dismiss;

WHEREAS, on September 12, 2007, pursuant to a stipulation of the parties, the Court continued the hearing on Marvell's motion to dismiss to February 22, 2008, so that the parties would be afforded time to consider mediation and potential resolution of this action;

WHEREAS, Marvell and lead plaintiff have a mediation scheduled for November 13, 2007, before a former United States District Judge; and

WHEREAS, the undersigned counsel agree that the interests of justice and judicial economy would be served by an order continuing the date for the CMC to February 22, 2008, the date of schedule for the hearing on Marvell's motion to dismiss, so that the parties may complete their scheduled mediation prior to the CMC.

## STIPULATION

NOW THEREFORE, the undersigned parties hereby stipulate that, subject to the Court's approval, the Case Management Conference currently scheduled for 10:30 a.m. on November 2, 2007 shall be continued to 10:30 a.m. on February 22, 2008.

Dated: October 18, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/ Rodney G. Strickland, Jr.
       Rodney G. Strickland, Jr.

Attorneys for Nominal Defendant
MARVELL TECHNOLOGY GROUP, LTD.

Dated: October 18, 2007

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By:   /s/ Monique C. Winkler
       Monique C. Winkler

Attorneys for Plaintiffs

1                             [PROPOSED] ORDER

2     Pursuant to the foregoing stipulation, and good cause appearing,

3     IT IS HEREBY ORDERED that the Case Management Conference currently scheduled

4 for November 2, 2007 shall be continued to 10:30 a.m. on ~~February XX, 2008~~ March 14, 2008.

5 The Court hereby continues the hearing on Marvell's motion to dismiss and the Case Management Conference to March 14, 2008.

6

7 Dated: 11/1/07                      *Ronald M. Whyte*

                                                                 The Hon. Ronald M. Whyte

8                                                              United States District Judge

## SIGNATURE ATTESTATION

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Monique C. Winkler.

Dated: October 18, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Rodney G. Strickland, Jr.
Rodney G. Strickland, Jr.

Attorneys for Nominal Defendant
Marvell Technology Group, Ltd.