COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
    – and –
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
mwinkler@csgrr.com

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

Co-Lead Counsel for Plaintiffs

\*E-FILED - 1/17/08\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION | Master File No. C-06-03894-RMW(RS) |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING ON MARVELL TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS |

| | |
|---|---|
| 1 | WHEREAS, lead plaintiff's opposition to the Motion of Nominal Defendant Marvell |
| 2 | Technology Group Ltd. to Dismiss Consolidated Derivative Complaint for Lack of Standing or, in |
| 3 | the Alternative, to Stay Proceedings ("Motion to Dismiss") must be filed no later than December 14, |
| 4 | 2007, and Marvell Technology Group Ltd.'s ("Marvell") reply thereto must be filed within 45 days |
| 5 | thereafter, and the hearing on the Motion to Dismiss is currently scheduled for February 22, 2008, at |
| 6 | 9:00 a.m.; |
| 7 | WHEREAS, lead plaintiff and Marvell are discussing the potential resolution of this action; |
| 8 | and |
| 9 | WHEREAS, lead plaintiff and Marvell agree that it will promote judicial efficiency to |
| 10 | continue the dates for lead plaintiff's opposition to the Motion to Dismiss, Marvell's reply and the |
| 11 | hearing on the Motion to Dismiss action; |
| 12 | THEREFORE IT IS STIPULATED AND AGREED that: |
| 13 | Lead plaintiff shall file and serve its opposition to the Motion to Dismiss no later than |
| 14 | January 18, 2008; |
| 15 | Marvell shall file and serve its reply brief within 45 days after the filing and service of lead |
| 16 | plaintiff's opposition; and |
| 17 | The hearing on the Motion to Dismiss currently scheduled for February 22, 2008, at 9:00 |
| 18 | a.m., shall be taken off calendar and rescheduled for March 28, 2008, at 9:00 a.m., or at another date |
| 19 | convenient for the Court. *The Case Management Conference is reset to March 28, 2008 @ 10:30 a.m.* |

DATED: December 13, 2007

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
MONIQUE C. WINKLER


_____/s/_____
MONIQUE C. WINKLER


100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

STIPULATION AND [] ORDER CONTINUING BRIEFING SCHEDULE AND HEARING
ON MARVELL TECHNOLOGY GROUP LTD.'S MOTION TO DISMISS - C-06-03894-RMW(RS)     - 1 -

| | |
|---|---|
| | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III<br>BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
| | SCOTT + SCOTT LLC<br>ARTHUR L. SHINGLER III<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Telephone: 619/233-4565<br>619/233-0508 (fax) |
| | Co-Lead Counsel for Plaintiffs |
| DATED: December 13, 2007 | WILSON SONSINI GOODRICH & ROSATI<br>RODNEY G. STRICKLAND, JR. |
| |              /s/<br>RODNEY G. STRICKLAND, JR. |
| | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: 650-493-9300<br>650-493-6811 (fax) |
| | Counsel for Defendants |

I, Monique C. Winkler, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland, Jr. has concurred in this filing.

                                                                 /s/<br>
                                                      MONIQUE C. WINKLER

\*     \*     \*

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 1/17/08                                           *Ronald M. Whyte*<br>
                                                       THE HONORABLE RONALD M. WHYTE<br>
                                                       UNITED STATES DISTRICT JUDGE

T:\CasesSF\MARVELL\STP00047885.doc

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: mwinkler@csgrr.com

# Mailing Information for a Case 5:06-cv-03894-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **William B. Federman**
  wfederman@aol.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com,ncarvalho@wsgr.com

- **Donald P. Gagliardi**
  dgagliardi@be-law.com,gsimmons@be-law.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Richard D. Greenfield**
  whitehatrdg@earthlink.net,rdgsec1@earthlink.net

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Bruce W. Leppla**
  bleppla@lchb.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,aslaughter@scott-scott.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Edmund Wilson Searby**
  esearby@mcdonaldhopkins.com

- **Avin P. Sharma**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```