1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  TRAVIS E. DOWNS III (148274)
   BENNY C. GOODMAN III (211302)
3  655 West Broadway, Suite 1900
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5  travisd@csgrr.com
   bgoodman@csgrr.com
6      – and –
   SHAWN A. WILLIAMS (213113)
7  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
8  San Francisco, CA 94111
   Telephone: 415/288-4545
9  415/288-4534 (fax)
   swilliams@csgrr.com
10 mwinkler@csgrr.com

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

11 Co-Lead Counsel for Plaintiffs

*E-FILED - 1/25/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION | Master File No. C-06-03894-RMW(RS) |
| This Document Relates To: | STIPULATION AND [] ORDER STAYING PROCEEDINGS |
| ALL ACTIONS. | |

| | |
|---|---|
| 1 | WHEREAS on January 17, 2008 the Court entered a Stipulation and Order Continuing Briefing Schedule and Hearing on Marvell Technology Group's Ltd.'s Motion to Dismiss and continuing Case Management Conference; |
| 4 | WHEREAS, Pursuant to the January 17, 2008 Stipulation and Order, lead plaintiff is scheduled to file an opposition to Marvell Technology Group's ("Marvell") motion to dismiss no later than January 18, 2008, and the Court has set the hearing on the motion to dismiss for March 28, 2008, at 9:00 a.m.; |
| 8 | WHEREAS, on November 13, 2007, the parties engaged in a full day formal mediation conducted by United States District Court Judge Layn Phillips (Ret.); |
| 10 | WHEREAS, the parties have been and continue to work diligently to finalize an agreement that would resolve the action; and |
| 12 | WHEREAS, lead plaintiff and Marvell agree that it will promote judicial efficiency to stay all proceedings, including the dates for lead plaintiff's opposition to the motion to dismiss, Marvell's reply and the hearing on the motion to dismiss action; |
| 15 | THEREFORE IT IS STIPULATED AND AGREED, subject to the approval of the Court, as follows: |
| 17 | All proceedings in the action shall be stayed until February 22, 2008; |
| 18 | The parties shall no later than February 22, 2008 update the Court on the progress of settlement negotiations; and |
| 20 | If the parties are unable to report an agreement to resolve the action, the parties shall submit on February 22, 2008 a proposed schedule for continued briefing and oral argument on Marvell's motion to dismiss. |

WHEREAS on January 17, 2008 the Court entered a Stipulation and Order Continuing Briefing Schedule and Hearing on Marvell Technology Group's Ltd.'s Motion to Dismiss and continuing Case Management Conference;

WHEREAS, Pursuant to the January 17, 2008 Stipulation and Order, lead plaintiff is scheduled to file an opposition to Marvell Technology Group's ("Marvell") motion to dismiss no later than January 18, 2008, and the Court has set the hearing on the motion to dismiss for March 28, 2008, at 9:00 a.m.;

WHEREAS, on November 13, 2007, the parties engaged in a full day formal mediation conducted by United States District Court Judge Layn Phillips (Ret.);

WHEREAS, the parties have been and continue to work diligently to finalize an agreement that would resolve the action; and

WHEREAS, lead plaintiff and Marvell agree that it will promote judicial efficiency to stay all proceedings, including the dates for lead plaintiff's opposition to the motion to dismiss, Marvell's reply and the hearing on the motion to dismiss action;

THEREFORE IT IS STIPULATED AND AGREED, subject to the approval of the Court, as follows:

All proceedings in the action shall be stayed until February 22, 2008;

The parties shall no later than February 22, 2008 update the Court on the progress of settlement negotiations; and

If the parties are unable to report an agreement to resolve the action, the parties shall submit on February 22, 2008 a proposed schedule for continued briefing and oral argument on Marvell's motion to dismiss.

DATED: January 18, 2008      COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
    MONIQUE C. WINKLER

    /s/
    SHAWN A. WILLIAMS

|   |   |   |
|---|---|---|
| 1 |  | 100 Pine Street, Suite 2600 |
| 2 |  | San Francisco, CA 94111 |
|   |  | Telephone: 415/288-4545 |
| 3 |  | 415/288-4534 (fax) |

```
                               100 Pine Street, Suite 2600
                               San Francisco, CA  94111
                               Telephone:  415/288-4545
                               415/288-4534 (fax)

                               COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                               TRAVIS E. DOWNS III
                               BENNY C. GOODMAN III
                               655 West Broadway, Suite 1900
                               San Diego, CA  92101
                               Telephone:  619/231-1058
                               619/231-7423 (fax)

                               SCOTT + SCOTT LLC
                               ARTHUR L. SHINGLER III
                               600 B Street, Suite 1500
                               San Diego, CA  92101
                               Telephone:  619/233-4565
                               619/233-0508 (fax)

                               Co-Lead Counsel for Plaintiffs

DATED:  January 18, 2008       WILSON SONSINI GOODRICH & ROSATI
                               RODNEY G. STRICKLAND, JR.


                                         /s/
                               _____
                               RODNEY G. STRICKLAND, JR.

                               650 Page Mill Road
                               Palo Alto, CA 94304-1050
                               Telephone: 650-493-9300
                               650-493-6811 (fax)

                               Counsel for Defendants
```

 I, Shawn A. Williams, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland, Jr. has concurred in this filing.

```
                                         /s/
                               _____
                                    SHAWN A. WILLIAMS
```

*   *   *

<b>O R D E R</b>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __1/25/08_____     *Ronald M. Whyte*
                               _____
                               THE HONORABLE RONALD M. WHYTE
                               UNITED STATES DISTRICT JUDGE

T:\CasesSF\Marvell\STP00048544.doc

STIPULATION AND [] ORDER STAYING PROCEEDINGS - C-06-03894-RMW(RS)          - 2 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on January 18, 2008, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on January 18, 2008. |

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:shawnw@csgrr.com

# Mailing Information for a Case 5:06-cv-03894-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **William B. Federman**
  wfederman@aol.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com,ncarvalho@wsgr.com

- **Donald P. Gagliardi**
  dgagliardi@be-law.com,gsimmons@be-law.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Richard D. Greenfield**
  whitehatrdg@earthlink.net,rdgsec1@earthlink.net

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Bruce W. Leppla**
  bleppla@lchb.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,aslaughter@scott-scott.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Edmund Wilson Searby**
  esearby@mcdonaldhopkins.com

- **Avin P. Sharma**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```