E-FILED on    3/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION<br><br>This Documents Relates To:<br><br>All Actions | No. C-06-03894 RMW<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO DISMISS<br><br>**[Re Docket No. 31]** |

Defendant Marvell Technology Group Ltd. ("Marvell") filed a motion to dismiss the complaint for lack of standing on January 16, 2007. Docket No. 31. Since that motion was filed, the parties have stipulated numerous times to continue the briefing schedule and hearing dates on the motion to dismiss. As a result of the parties' stipulations, the motion has still not been heard or even fully briefed.

On January 18, 2008, the parties filed a request that the court stay the proceedings following a mediation conducted by United States District Court Judge Layn Phillips (Ret.), which request the court granted on January 25, 2008. On March 6, 2008, the parties submitted a joint statement on the progress of settlement negotiations between them. The joint statement included a request to continue the stay of the proceedings in light of the fact that they have recently signed a memorandum of understanding memorializing an agreement to resolve this matter.

ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO DISMISS—No. C-06-03894 RMW
MAG

1   In light of the status of the case, the court hereby denies Marvell's motion to dismiss without
2   prejudice.  Marvell may re-file its motion at a later date, if necessary.
3
4   DATED:     3/18/08
5   *[signature: Ronald M. Whyte]*
    RONALD M. WHYTE
    United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Darren J. Robbins | |
| Travis E. Downs, III | travisd@lerachlaw.com |
| William S. Lerach | e_file_sf@lerachlaw.com |
| Edmund Wilson Searby | esearby@mcdonaldhopkins.com |
| Walter W. Noss | wnoss@scott-scott.com |
| Arthur L. Shingler, III | ashingler@scott-scott.com |
| David R. Scott | drscott@scott-scott.com |
| Denise V. Zamore | dzamore@scott-scott.com |
| Avin P. Sharma | aps@classcounsel.com |
| Robert S. Green | RSG@CLASSCOUNSEL.COM |
| William B. Federman | wfederman@aol.com |

**Counsel for Defendants:**

| | |
|---|---|
| Bruce A. Ericson | bruce.ericson@pillsburylaw.com |
| Andrew D. Lanphere | alanphere@pillsburywinthrop.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     3/19/08                                             /s/ MAG
                                                              **Chambers of Judge Whyte**