COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
abaig@csgrr.com

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-filed 3/19/08*

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-06-03894-RMW(RS)<br><br>JOINT STATEMENT ON THE PROGRESS OF SETTLEMENT NEGOTIATIONS AND STIPULATION AND [] ORDER CONTINUING THE STAY OF PROCEEDINGS |

1   WHEREAS, on January 18, 2008, the parties filed a Stipulation and [Proposed] Order Staying Proceedings advising the Court that, following a mediation conducted by United States District Court Judge Layn Phillips (Ret.), the parties were working diligently to finalize an agreement that would resolve the action;

WHEREAS, pursuant to the parties' stipulation, on January 25, 2008, the Court entered the Stipulation and Order Staying Proceeding until February 22, 2008;

WHEREAS, the Court's Order required the parties to update the Court on the progress of settlement negotiations, or, if the parties were unable to report an agreement, to submit a proposed schedule for continued briefing and oral argument on Marvell's motion to dismiss;

WHEREAS, the parties recently signed a memorandum of understanding memorializing an agreement to resolve this matter.  The parties intend to file a stipulation of settlement with the Court within sixty (60) days; and

WHEREAS, the parties respectfully request that the Court continue the stay of proceedings in this matter until May 4, 2008, by which time the parties expect to have filed a stipulation of settlement with the Court;

IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective counsel of record that, subject to the Court's approval, all proceedings in this matter shall be stayed until May 4, 2008.

DATED:  March 6, 2008
COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG

_____/s/_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III

|   |   |
|---|---|
| 1 | 655 West Broadway, Suite 1900 |
| 2 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III
600 B Street, Suite 1500
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

Co-Lead Counsel for Plaintiffs

DATED: March 6, 2008        WILSON SONSINI GOODRICH
                              & ROSATI, P.C.
                            RODNEY G. STRICKLAND, JR.


                                      /s/
                            ─────────────────────────────
                            RODNEY G. STRICKLAND, JR.

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9300
650/493-6811 (fax)

Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Joint Statement on the Progress of Settlement Negotiations and Stipulation and [Proposed] Order Continuing the Stay of Proceedings.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland, Jr. has concurred in this filing.

                                      /s/
                            ─────────────────────────────
                            SHAWN A. WILLIAMS

                    *     *     *

**O R D E R**

PURSUANT TO STIPULATION, all proceedings in this matter shall be stayed until May 4, 2008.

IT IS SO ORDERED.

DATED: _____3/18/08_____    *Ronald M. Whyte*_____
                                      THE HONORABLE RONALD M. WHYTE
                                      UNITED STATES DISTRICT JUDGE

T:\CasesSF\Marvell\S_O00049689.doc