COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com
     – and –
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@csgrr.com
abaig@csgrr.com

SCOTT + SCOTT LLC
ARTHUR L. SHINGLER III (181719)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619/233-4565
619/233-0508 (fax)
ashingler@scott-scott.com

Co-Lead Counsel for Plaintiffs

***E-FILED - 6/12/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-06-03894-RMW(RS)<br><br>FURTHER JOINT STATEMENT ON THE PROGRESS OF SETTLEMENT NEGOTIATIONS AND STIPULATION AND [] ORDER CONTINUING THE STAY OF PROCEEDINGS |

1    WHEREAS, on March 6, 2008, the parties filed a Joint Statement on the Progress of
2 Settlement Negotiations and Stipulation and [Proposed] Order Continuing the Stay of Proceedings,
3 advising the Court that the parties had recently signed a memorandum of understanding
4 memorializing an agreement to resolve this matter, and that the parties expected to file a stipulation
5 of settlement with the Court within sixty (60) days;

6    WHEREAS, pursuant to the parties' stipulation, on March 19, 2008, the Court entered the
7 Stipulation and Order Staying Proceeding until May 4, 2008;

8    WHEREAS, the parties are working diligently to finalize a stipulation of settlement and
9 related settlement approval documents;

10    WHEREAS, the parties need additional time to prepare and finalize the stipulation of
11 settlement and settlement approval documents and intend to file said documents with the court on or
12 before July 15, 2008;

13    WHEREAS, the parties respectfully request that the Court continue the stay of proceedings
14 in this matter until July 30, 2008, by which time the parties expect to have a stipulation of settlement
15 and settlement approval documents filed with the Court;

16    IT IS THEREFORE STIPULATED AND AGREED by the parties, through their respective
17 counsel of record that, subject to the Court's approval, all proceedings in this matter shall be stayed
18 until July 30, 2008.

19 DATED:  May 23, 2008                    COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
20                                         SHAWN A. WILLIAMS
                                           AELISH M. BAIG
21

22
                                                    /s/ Shawn A. Williams
23                                              SHAWN A. WILLIAMS

24                                         100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
25                                         Telephone:  415/288-4545
                                           415/288-4534 (fax)
26

27

28

FURTHER JOINT STATEMENT ON PROGRESS OF SETTLEMENT NEGOTIATIONS & STIP &
[] ORDER CONTINUING STAY OF PROCEEDINGS - C-06-03894-RMW(RS)                    - 1 -

| | |
|---|---|
| | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP TRAVIS E. DOWNS III BENNY C. GOODMAN III 655 West Broadway, Suite 1900 San Diego, CA  92101 Telephone:  619/231-1058 619/231-7423 (fax) |
| | SCOTT + SCOTT LLC ARTHUR L. SHINGLER III 600 B Street, Suite 1500 San Diego, CA  92101 Telephone:  619/233-4565 619/233-0508 (fax) |
| | Co-Lead Counsel for Plaintiffs |
| DATED:  May 23, 2008 | WILSON SONSINI GOODRICH & ROSATI, P.C. STEVEN M. SHATZ BORIS FELDMAN RODNEY G. STRICKLAND |
| |      /s/ Rodney G. Strickland RODNEY G. STRICKLAND |
| | 650 Page Mill Road Palo Alto, CA  94304-1050 Telephone:  650/493-9300 650/493-6811 (fax) |
| | Attorneys for Defendants |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this FURTHER JOINT STATEMENT ON THE PROGRESS OF SETTLEMENT NEGOTIATIONS AND STIPULATION AND [PROPOSED] ORDER CONTINUING THE STAY OF PROCEEDINGS.  In compliance with General Order 45, X.B., I hereby attest that Rodney G. Strickland has concurred in this filing.

     s/ Shawn A. Williams
SHAWN A. WILLIAMS

* * *

**O R D E R**

PURSUANT TO STIPULATION, all proceedings in this matter shall be stayed until July 30, 2008.

IT IS SO ORDERED.

DATED: __6/6/08_____       ___*Ronald M. Whyte*_____
                                THE HONORABLE RONALD M. WHYTE
                                UNITED STATES DISTRICT JUDGE

T:\CasesSF\Marvell\STM00051505.doc

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 23, 2008.

                /s/ Shawn A. Williams
                SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: swilliams@csgrr.com

## Mailing Information for a Case 5:06-cv-03894-RMW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **William B. Federman**
  wfederman@aol.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Boris Feldman**
  boris.feldman@wsgr.com,ncarvalho@wsgr.com

- **Donald P. Gagliardi**
  dgagliardi@be-law.com,gsimmons@be-law.com,emtofelogo@be-law.com

- **Robert S. Green**
  CAND.USCOURTS@CLASSCOUNSEL.COM

- **Richard D. Greenfield**
  whitehatrdg@earthlink.net,rdgsec1@earthlink.net

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Joy Ann Kruse**
  jakruse@lchb.com

- **Bruce W. Leppla**
  bleppla@lchb.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Walter W. Noss**
  wnoss@scott-scott.com,freppert@scott-scott.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **David R. Scott**
  drscott@scott-scott.com

- **Edmund Wilson Searby**
  esearby@mcdonaldhopkins.com

- **Avin P. Sharma**
  asharma@vbllaw.com

- **Arthur L. Shingler , III**
  ashingler@scott-scott.com,ssawyer@scott-scott.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

- **Denise V. Zamore**
  dzamore@scott-scott.com,cmcgowan@scott-scott.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```